### 18980. HYATT *v.* THE STATE.

BROYLES, C. J. It not affirmatively appearing from the bill of exceptions and the record that the bill of exceptions was presented to the judge within 20 days of the judgment denying the motion for a new trial, this court has no authority to assume jurisdiction of the case.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 10, 1928.

*J. R. Irwin,* for plaintiff in error.
*Claude C. Smith, solicitor-general,* contra.